IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY THOMPSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CHI HEALTH GOOD SAMARITAN HOSPITAL,<br><br>        Defendant. | **8:16CV160**<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) The deadline for moving to amend the pleadings is extended to July 29, 2016.

2) A telephonic conference with the undersigned magistrate judge will be held on August 9, 2016 at 1:00 p.m. to discuss whether the parties' present interest in alternative dispute resolution. Counsel shall discuss that issue, along with any starting demands and offers, before the conference call. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 16), to participate in the call.

July 6, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge