IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY THOMPSON,<br><br>              Plaintiff,<br><br>vs.<br><br>CHI HEALTH GOOD SAMARITAN HOSPITAL,<br><br>              Defendant. | **8:16CV160**<br><br>**ORDER** |

A conference call was scheduled for today to discuss the parties' efforts toward early settlement. Counsel for plaintiff failed to appear and could not be reached during the conference call. At the suggestion of defense counsel,

IT IS ORDERED:

A telephonic conference with the undersigned magistrate judge will be held on November 22, 2016 at 1:00 p.m. to discuss the status of case progression and potential settlement. Counsel shall use the conferencing instructions assigned to this case, (see Filing No. 16), to participate in the call.

November 8, 2016.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge