IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RODNEY THOMPSON,<br><br>    Plaintiff,<br><br>vs.<br><br>CHI HEALTH GOOD SAMARITAN HOSPITAL,<br><br>    Defendant. | 8:16CV160<br><br>**ORDER** |

After conferring with counsel,

IT IS ORDERED:

1) A telephonic conference with the undersigned magistrate judge will be held on January 31, 2017 at **10:00 a.m.** to discuss the outcome of the parties' attempts to settle this case through mediation. Counsel shall use the conferencing instructions assigned to this case (Filing No. 16) to participate in the conference.

2) The written discovery and deposition deadlines, and the deadline for filing motions to dismiss and motions for summary judgment are stayed. If this case is not settled, a new case progression schedule will be entered during the call on January 31, 2017.

November 22, 2016.

                BY THE COURT:

                *s/ Cheryl R. Zwart*
                United States Magistrate Judge